BORG–WARNER CORPORATION and David E. Gamble, Appellants, v. George I. GOODWIN, Appellee.

No. 10628.

United States Court of Appeals
Sixth Circuit.

Oct. 12, 1948.

Writ of Certiorari Denied Jan. 17, 1949.

See 69 S.Ct. 482.

Truman A. Herron, of Cincinnati, Ohio, and Benton Baker, of Chicago, Ill., for appellants.

Clarence B. Des Jardins, of Cincinnati, Ohio, and Raymond L. Greist, of Chicago, Ill., for appellee.

Before ALLEN, MARTIN, and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel.

On consideration whereof, the motion by appellee to dismiss the appeal is overruled.

And it appearing that appellants' principal contentions in the present appeal have heretofore been raised and considered by this court prior to the issuance of the mandate, by motion to vacate decree and dismiss appeal, and by motion to amend, modify, and reform decree, which were denied on April 9, 1947; and it appearing that appellants' principal contentions in the present appeal have heretofore been raised and considered by the Supreme Court of the United States in petition for rehearing after denial of appellants' petition for certiorari (329 U.S. 799, 67 S.Ct. 491, 91 L.Ed. 683) and in a second petition for certiorari which also was denied (331 U.S. 860, 67 S. Ct. 1756, 91 L.Ed. 1866); and it further appearing that the judgment appealed from was entered pursuant to and in full compliance with the mandate of this court entered April 14, 1947, in appeal No. 10119, 157 F.2d 267.

It is ordered that the order of the District Court overruling appellants' motion and petition to stay proceedings on the mandate and for other relief be, and it hereby is, affirmed.

And it is further ordered that the judgment of the District Court entered October 31, 1947, be, and it hereby is, affirmed.

Jack DEVORE et al., Appellants, v. AMERICAN ZINC, LEAD & SMELTING COMPANY, a Corporation.

No. 13848.

United States Court of Appeals
Eighth Circuit.

Oct. 25, 1948.

Wolf & Leary, of Joplin, Mo., and Bruner, Farabi & Matuska, of Pittsburg, Kan., for appellants.

Paul Bradley, of Joplin, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of diligent prosecution, at costs of appellants, on motion of appellee.

A. J. HOOVER et al. v. FOX RIG & LUMBER COMPANY et al.

No. 3784.

United States Court of Appeals
Tenth Circuit.

Oct. 21, 1948.

E. O. Monnett, of Tulsa, Okl., for appellants.

Ezra Dyer and Earl Q. Gray, both of Ardmore, Okl., for appellees.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Docketed and dismissed, on motion of appellees, for failure to prosecute.